David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

Attorneys for Plaintiff,
Victoria Bagirov

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTORIA BAGIROV,<br><br>                    Plaintiff,<br><br>       vs.<br><br>AARGON COLLECTION AGENCY, INC; COLLECTION SERVICE OF NEVADA; OCWEN LOAN SERVICING, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                    Defendants. | **CASE NO. 2:16-cv-00984-JCM-CWH**<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC. PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff hereby and Defendant Experian Information Solutions, Inc. stipulate to the voluntary dismissal of Experian from the above captioned action, with prejudice.

Dated: December 21, 2016

Respectfully Submitted,

| | |
|---|---|
| /s/ Miles N. Clark, Esq.<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>Phone: (702) 825-6060<br>FAX: (702) 447-8048<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>David H. Krieger, Esq.<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br> (702) 880-5554<br>dkrieger@hainesandkrieger.com<br><br>Attorneys for Plaintiff<br>***Victoria Bagirov*** | /s/ Jennifer L. Braster, Esq.<br>Jennifer L. Braster<br>Nevada Bar No. 9982<br>Maupin Naylor Braster<br>1050 Indigo Drive, Suite 112<br>Las Vegas, NV 89145<br>Email: jbraster@naylorandbrasterlaw.com<br><br>Attorneys for Defendant<br>***Experian Information Solutions, Inc.*** |

**ORDER**

**It is so ordered.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** December 22, 2016